UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

American Gaming Supply, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/21/2023__

22 Civ. 7009 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 17, 2023, Plaintiff moved for entry of default against Defendant. ECF No. 13. On February 21, 2023, the Clerk of Court entered a certificate of default. ECF No. 15. By **February 28, 2023**, Plaintiff shall file a proposed order to show cause, a memorandum of law in support of its proposed order, and a proposed default judgment.

    SO ORDERED.

Dated: February 21, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge