USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/16/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

            Plaintiff,

-against-

American Gaming Supply, Inc.,

            Defendant.

22 Civ. 7009 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 17, 2023, Plaintiff, Damon Jones, moved for entry of default against Defendant, American Gaming Supply, Inc. ECF No. 13. On February 21, 2023, the Clerk of Court entered a certificate of default. ECF No. 15. On March 1, 2023, the Court issued an Order to Show Cause, requiring, *inter alia*, that Plaintiff serve on Defendant the Order to Show Cause as well as Plaintiff's materials in support of his motion for default judgment by March 8, 2023, and that Plaintiff file proof of service by March 15, 2023. ECF No. 20. That submission is now overdue. Accordingly, by **March 20, 2023**, Plaintiff shall file proof of service on the docket.

    SO ORDERED.

Dated: March 16, 2023
       New York, New York

                                          ANALISA TORRES
                                         United States District Judge