```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON JONES, on behalf of himself and all others similarly situated,

      Plaintiff,

-against-

American Gaming Supply, Inc.,

      Defendant.

22 Civ. 7009 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On February 17, 2023, Plaintiff, Damon Jones, moved for entry of default against Defendant, American Gaming Supply, Inc. ECF No. 13. On February 21, 2023, the Clerk of Court entered a certificate of default. ECF No. 15. On March 1, 2023, the Court issued an Order to Show Cause, requiring, *inter alia*, that Plaintiff serve on Defendant the Order to Show Cause as well as Plaintiff's materials in support of his motion for default judgment by March 8, 2023, and that Plaintiff file proof of service by March 15, 2023. ECF No. 20. Plaintiff did not submit proof of service. On March 16, 2023, the Court directed Plaintiff to file proof of service by March 20, 2023. ECF No. 21. Plaintiff has not submitted proof of service, nor any request for extension.

  Accordingly, by **March 28, 2023**, Plaintiff shall file proof of service. Failure to comply with the Court's order shall result in dismissal for failure to prosecute under Federal Rule of Civil Procedure 41(b).

  SO ORDERED.

Dated: March 21, 2023
   New York, New York

                   ANALISA TORRES
                   United States District Judge